Richard E. Simpson (RS5859)
David L. Kornblau (DK4518)
Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, D.C. 20549-0808
(202) 942-4791 (Simpson)
(202) 942-4818 (Kornblau)

FILED
OCT 15, 1999
AT 8:30 M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br><br> Plaintiff, : <br><br> v. : <br><br> SAM M. ANTAR, et al., : <br><br> Defendants, : | Civ. No. 93-3988 (HAA) <br><br> **NOTICE OF MOTION** |

TO: Bruce I. Goldstein, Esq.　　　Robert Goodman, Esq.
　　Saiber, Schlesinger, Satz　　　Gersten, Savage, Kaplowitz
　　　& Goldstein　　　　　　　　　　& Fredericks
　　One Gateway Center　　　　　　101 East 52nd Street
　　Suite 1300　　　　　　　　　　 Ninth Floor
　　Newark, N.J.  07102　　　　　　New York, N.Y.  10022

　　Ms. Rose Antar
　　R.A.S. Partnership. L.P.
　　S.T. Partnership, L.P.
　　717 Ocean Avenue
　　Unit Number 710
　　Long Branch, N.J.

PLEASE TAKE NOTICE that plaintiff Securities and Exchange Commission will move this Court before the Honorable Harold A. Ackerman, United States District Judge, on November 8, 1999, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom No. 2 of the U.S. Post Office and Courthouse Building, Third Floor, Newark, New Jersey, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting (1) summary

judgment to the SEC on its claims against relief defendants Rose Antar, Ellen Antar Kuszer, R.A.S. Partnership, L.P., and S.T. Partnership, L.P., and (2) such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the SEC will rely on the accompanying brief, declaration of Richard E. Simpson, and the exhibits thereto, and on all prior papers and proceedings in this action.

PLEASE TAKE FURTHER NOTICE that the SEC hereby requests oral argument on this motion.

Dated:   October 15, 1999

Respectfully submitted,

Local Counsel:

Faith S. Hochberg
United States Attorney
District of New Jersey
By: _____

970 Broad Street
Newark, New Jersey  07102
(973) 645-2700

Richard E. Simpson RS5859
David L. Kornblau DK4518
Securities and Exchange
  Commission
450 Fifth Street, N.W.
Washington, D.C.  20549-0808
(202) 942-4791 (Simpson)
(202) 942-4818 (Kornblau)

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civ. No. 93-3988 (HAA) |
| v. | **CERTIFICATE OF SERVICE** |
| SAM M. ANTAR, et al., | |
| Defendants, | |

I hereby certify that on October 14, 1999, I caused to be served copies of the accompanying Notice of Motion; Brief in Support of the SEC's Motion for Summary Judgment Against Relief Defendants Rose Antar, Ellen Antar Kuszer, R.A.S. Partnership, L.P., and S.T. Partnership, L.P.; Declaration of Richard E. Simpson; and proposed Order by Federal Express on the following counsel and parties:

Bruce I. Goldstein, Esq.
Saiber, Schlesinger, Satz
 & Goldstein
One Gateway Center
Suite 1300
Newark, N.J. 07102

Robert Goodman, Esq.
Gersten, Savage, Kaplowitz
 & Fredericks
101 East 52nd Street
Ninth Floor
New York, N.Y. 10022

Ms. Rose Antar
R.A.S. Partnership. L.P.
S.T. Partnership, L.P.
717 Ocean Avenue
Unit Number 710
Long Branch, N.J.

_____
David L. Kornblau